IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY MATTHEWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-CV-32-WHA-SMD |
| | ) |
| CRENSHAW COUNTY DETENTION FACILITY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on March 18, 2022. Doc. 9. There being no timely objections filed to the Recommendation, and after an independent review of the file, it is ORDERED that:

1. The Recommendation (Doc. 9) is ADOPTED.

2. Plaintiff's claims against the Crenshaw County Detention Facility are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915A(b)(1).

3. Plaintiff's claims against Defendants Terry Mears, Chris Porter, and Angel Herbert are DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915A(b)(1).

4. The Crenshaw County Detention Facility, Terry Mears, Chris Porter, and Angel Herbert are TERMINATED as parties to this action.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure as to

Defendants Crenshaw County Detention Facility, Terry Mears, Chris Porter, and Angel Herbert.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings regarding Plaintiff's claims against the remaining defendant.

Done, this 12th day of April 2022.

          /s/   W. Harold Albritton
          W. HAROLD ALBRITTON
          SENIOR UNITED STATES DISTRICT JUDGE